UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

       - v. -                    :       INFORMATION

RAY WALKER,                       :       06 Cr.

       Defendant.                 :
                                        **06 CRIM. 732**
- - - - - - - - - - - - - - - - - x

JUDGE CASEY

### COUNT ONE

The United States Attorney Charges:

From at least in or about February 2004 through in or about December 2004, in the Southern District of New York and elsewhere, RAY WALKER, the defendant, unlawfully, willfully, and knowingly, did possess and attempt to possess a book, magazine, periodical, film, videotape, computer disk, and other material that contained images of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, WALKER downloaded images of child pornography to his computer in New York, New York, from computers located outside of New York.

          (Title 18, United States Code, Sections
              2252A(a)(5)(B) and (b)(2).)

                                       _/s/ Michael Garcia_
                                        MICHAEL J. GARCIA
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v -

**RAY WALKER,**

**Defendant.**

---

**INFORMATION**

06 Cr.

(Title 18, United States Code,
Sections 2252A(a)(5)(B) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

---

RC
8/29/06

Def. Ray Walker present w/ counsel Robert Baum, Marrisa Mole present for the gov't. Mr. Walker waives indictment and is arraigned and enters a plea of not guilty. Time is excluded. Dft's bail conditions are unchanged.

F. Maas, USMJ