AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Ray Walker, Defendant

APPEARANCE

Case Number: 06 Cr. 00732 (RCC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ray Walker, Defendant

I certify that I am admitted to practice in this court.

October 17, 2006
Date

*(signature)*
Signature

Zachary Margulis-Ohnuma         ZM-4932
Print Name                       Bar Number

260 Madison Ave., 18th Floor
Address

New York, NY 10016
City                    State            Zip Code

(212) 685-0999
Phone Number                              Fax Number